# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:05cv88

| | |
|---|---|
| KAY T. CIANCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MISSION HOSPITALS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court *sua sponte* to amend its earlier Order regarding the Plaintiff's motions to quash subpoenas and for a protective order.

**IT IS, THEREFORE, ORDERED** that the time for filing responses to the Plaintiff's motion to quash is hereby extended to 10 days after the Court ordered meeting of the attorneys is held.

2

Signed: June 21, 2006

Lacy H. Thornburg
United States District Judge