# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05cv88

| | |
|---|---|
| KAY T. CIANCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MISSION HOSPITALS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Seal certain Pleadings and Exhibits Filed with the Court in this Case (#71). It appearing that th pleadings and exhibits referenced contain sensitive personal identifiers and other information in which the public would have no legitimate interest, and further finding that the parties should have redacted such materials prior to filing under the E-Government Act, the request to seal will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Seal certain Pleadings and Exhibits Filed with the Court in this Case (#7) is **GRANTED,** and the following document are **SEALED:**

1. Plaintiff's Motion To Quash Subpoena Served Upon Pardee Hospital (Docket No. 37);

2. Plaintiff's Motion To Quash Subpoena Served Upon Wellmont Holston Valley Medical Center (Docket No. 38);

3. The deposition excerpts and exhibits from the depositions of Plaintiff, Craig Harris, Kaye Long, and Ying Yue, and Plaintiff's Responses To Defendant's First Set Of Requests For Production Of Documents, filed in conjunction with Defendant's motion for summary judgment (Docket

1

No. 46); and

4. The affidavits and attached exhibits of Theresa Oursler (Docket No. 58), Dr. Edward Lewis (Docket No. 59), and Plaintiff Kay T. Ciancia (Docket No. 60), and the deposition excerpts and exhibits from the depositions of Craig Harris (Docket No. 61); Kaye Long (Docket No. 62), Ying Yue (Docket No. 64; and Plaintiff Kay T. Ciancia (Docket No. 65).

Such documents shall remain sealed even after this action is terminated.

Signed: October 24, 2006

Dennis L. Howell
United States Magistrate Judge