IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv88

| KAY T. CIANCIA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| MISSION HOSPITALS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the second Joint Motion (with Corrections) to Seal Certain Pleadings and Exhibits Filed with the Court in this Case (#72). It appearing that the relief sought has already been granted, the second motion will be denied without prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the second Joint Motion (with Corrections) to Seal certain Pleadings and Exhibits Filed with the Court in this Case (#72) is **DENIED** as moot.

Signed: October 25, 2006

Dennis L. Howell
United States Magistrate Judge

1